FILED

AUG - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

JUL 12 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE ALFREDO SOUZA  )<br>aka Freddy Souza  )<br>  )<br>Defendant.  )<br>  )<br>  )<br>  )<br>_____) | No. CR-05-00285 RMW<br><br>[PROPOSED] ORDER EXCLUDING TIME |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from July 11, 2005, to and including August 8, 2005, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). This exclusion provides reasonable time necessary for defense counsel's effective preparation. As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED: 8/5/05

Ronald M. Whyte
United States District Judge

Distribute to:

Michelle Spencer
331 Soquel Avenue, Ste. 208
Santa Cruz, CA 95062-2331

Matthew Harris
United States Attorney's Office
280 South First Street, Suite 371
San Jose, California 95113

[PROPOSED] ORDER EXCLUDING TIME