UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/24/05*

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-05-00285 RMW |
| Plaintiff,        ) | |
| v.        ) | ORDER EXCLUDING TIME |
| JOSE ALFREDO SOUZA        ) | |
| aka Freddy Souza        ) | |
| Defendant.        ) | |
| .        ) | |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from August 8, 2005, to and including September 26, 2005, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  This exclusion provides reasonable time necessary for defense counsel's effective preparation.  As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED:  8/24/05

_____
Ronald M. Whyte
United States District Judge

APPROVED
Judge Ronald M. Whyte

1    Distribute to:

2    Michelle Spencer
     331 Soquel Avenue, Ste. 208
3    Santa Cruz, CA 95062-2331

4    Matthew Harris
     United States Attorney's Office
5    280 South First Street, Suite 371
     San Jose, California 95113

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER EXCLUDING TIME