UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/21/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-00285 RMW |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | EXCLUDING TIME |
| ) | |
| JOSE ALFREDO SOUZA ) | |
| aka Freddy Souza, ) | |
| ) | |
| Defendant. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from September 26, 2005 to and including October 31, 2005, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). This exclusion provides reasonable time necessary for defense counsel's

///

///

///

///

///

effective preparation.  As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED: __10/21/05__

/S/ RONALD M. WHYTE
Ronald M. Whyte
United States District Judge

Distribute to:

Michelle Spencer
331 Soquel Avenue, Ste 208
Santa Cruz, CA 95062-2331

Matthew Harris
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113