UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/16/05*

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                      Plaintiff,             )<br>                                                        )<br>          v.                                          )<br>                                                        )<br>                                                        )<br>JOSE ALFREDO SOUZA               )<br>     aka Freddy Souza                     )<br>                                                        )<br>                      Defendant.         )<br>_____) | No. CR-05-00285 RMW<br><br>ORDER EXCLUDING TIME |

Good cause appearing, IT IS HEREBY ORDERED that the period of delay from October 31, 2005, to and including November 14, 2005, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). This exclusion provides reasonable time necessary for defense counsel's effective preparation. As such, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trail.

DATED: November  16 , 2005

/S/ RONALD M. WHYTE
_____
Ronald M. Whyte
United States District Judge

1  Distribute to:

2  Michelle Spencer
   331 Soquel Avenue, Ste. 2008
3  Santa Cruz, CA 95062-2331

4  Matthew Harris
   United States Attorney's Office
5  150 Almaden Blvd., Ste 900
   San Jose, CA 95113

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28