1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

*E-FILED - 11/21/05*

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | )     No.  CR -05-00285  RMW |
| | ) |
|     Plaintiff, | ) |
| | )     ORDER EXCLUDING TIME |
|   v. | ) |
| | ) |
| JOSE ALFREDO SOUZA | ) |
|     aka Freddy Souza | ) |
| | ) |
|     Defendant. | ) |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) |

12

13

14

15

16

17

18

    Good cause appearing, IT IS HEREBY ORDERED that the period of delay from

19

November 14, 2005, to and including December 12, 2005, be excluded for purposes of Speedy

20

Trial Act computations pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and

21

3161(h)(8)(B)(iv).  This exclusion provides reasonable time necessary for defense counsel's

22

effective preparation.  As such, the Court finds that the ends of justice outweigh the interest of

23

the public and the defendant in a speedy trial.

24

Date:   November 21, 2005

25

26

    /S/ RONALD M. WHYTE
    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

27

Ronald M. Whyte
United States District Judge

28

1    Distribute to:

2    Michelle Spencer
     331 Soquel Avenue, Ste 208
3    Santa Cruz, CA 95062-2331

4    Matthew Harris
     United States Attorney's Office
5    150 Almaden Blvd., Ste 900
     San Jose, CA 95113

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME