Michelle D. Spencer, 164696
Attorney at Law
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Tel: 831-426-9900
Fax: 831-427-0674
Attorney for Jose Alfredo Souza

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/9/05*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ALFREDO SOUZA,<br><br>　　　　Defendant. | No:　　CR05-00285-RMW<br><br>**STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT,<br>18 USC § 3161** |

　　　　This matter was set on Monday, December 12, 2005 for a status hearing.  Plaintiff United States of America, by and through Special Assistant United States Attorney Matthew Harris, and defendant Jose Alfredo Souza, by and through attorney Michelle D. Spencer, hereby agree and stipulate that this matter be continued from December 12, 2005 at 9:00 a.m. to January 9, 2006 at 9:00 a.m.

　　　　The parties agree and stipulate that the period of time from December 12, 2005 through and including January 9, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. **§** 3161 et seq.

///

///

The parties agree that a continuance is needed for continuity of counsel and effective preparation and investigation.

```
                                    KEVIN V. RYAN
                                    United States Attorney

Dated: December 7, 2005             /S/
                                    MATTHEW HARRIS
                                    Special Assistant United States Attorney

Dated: December 7, 2005             /S/
                                    MICHELLE D. SPENCER
                                    Attorney for Jose Alfredo Souza
```

## ORDER

Based upon the foregoing, and good cause appearing therefore, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factor set forth therein, that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for continuity of counsel and effective preparation and investigation.

IT IS HEREBY ORDERED THAT this matter be continued from December 12, 2005 at 9:00 a.m. to January 9, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from December 12, 2005 through and including January 9, 2006 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Date: 12/9/05                       /S/ RONALD M. WHYTE
                                    HON. RONALD M. WHYTE
                                    United States District Judge