1  Michelle D. Spencer, 164696
2  Attorney at Law
   331 Soquel Ave., Suite 208
3  Santa Cruz, CA 95062
   Tel: 831-426-9900
4  Fax: 831-427-0674
   Attorney for Jose Alfredo Souza
5

6              IN THE UNITED STATES DISTRICT COURT
7
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                                        *E-FILED - 4/7/06*
9

10 UNITED STATES OF AMERICA,        )  No:  CR05-00285-RMW
                        Plaintiff,  )
11                                  )
                                    )
12 v.                               )  **STIPULATION AND
                                    )  ORDER CONTINUING STATUS CONFERENCE
13                                  )  AND EXCLUDING TIME UNDER
                                    )  SPEEDY TRIAL ACT, 18 USC § 3161**
14                                  )
   Jose Alfredo Souza,             )
15                      Defendant.  )
16 _____ )

17 _____

18         This matter is scheduled for a status conference on Monday, April 3, 2006 at 9:00 a.m.  On

19 March 8, 2006, the defense filed an Ex Parte Application in Support of the Issuance of Rule 17

20 Subpoenas for Police Officer Personnel Records.    On March 9, 2006 Hon. Magistrate Judge Howard

21 Lloyd issued the subpoenas.  The subpoenas required a response date of March 27, 2006.

22 Unfortunately, the U.S. Marshal's Service was not able to serve the subpoenas on the Watsonville

23 Police Department until the afternoon of Friday, March 24, 2006.  The Watsonville Police Department

24 is entitled to have ten court days to respond to the subpoenas in some manner.  It is anticipated that

25

26     U.S. v. Jose Alfredo Souza Stipulation & Order

1   the Watsonville Police Department will file some motion in response to the subpoenas. As a result of

2   this pending discovery litigation, the parties agree that a continuance is necessary.

3          Plaintiff United States of America, by and through Special Assistant United States Attorney

4

5   Matthew Harris, and defendant Jose Alfredo Souza, by and through attorney Michelle D. Spencer,

6   hereby agree and stipulate that this matter be continued from April 3, 2006 at 9:00 a.m. to April 24,

7   2006 at 9:00 a.m. The parties agree and stipulate that the period of time from April 3, 2006 through

8   and including April 24, 2006, shall be excluded from the period of time within which trial must

9   commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq .

10         The parties agree that a continuance is needed for continuity of counsel and effective

11  preparation and investigation.

12

13                        KEVIN V. RYAN
                          United States Attorney
14

15  Dated:                        /S/
16  _____MATTHEW HARRIS
                          Special Assistant United States Attorney
17

18  Dated:                        /S/
    _____MICHELLE D. SPENCER
19                        Attorney for Jose Alfredo Souza

20

21                        ORDER

22         Based upon the foregoing Stipulation, and good cause appearing therefor,

23         IT IS HEREBY ORDERED THAT that the status conference set for April 3, 2006 be

24

25  continued to April 24, 2006 at 9:00 a.m.

26         U.S. v. Jose Alfredo Souza Stipulation & Order

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS FURTHER ORDERED that the period of time from April 3, 2006 through and including April 24, 2006  be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. based upon the statutory provision therein, including that time is needed for effective defense preparation and investigation.  The Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factor set forth therein, that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for continuity of counsel and effective preparation and investigation.


IT IS SO ORDERED.


Date:   4/7/06_____  _____          /s/ Ronald M. Whyte_____
_____          HON. RONALD M. WHYTE
                                              United States District Judge

U.S. v. Jose Alfredo Souza Stipulation & Order

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

U.S. v. Jose Alfredo Souza Stipulation & Order