*E-filed 5/9/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-00285 RMW (HRL) |
| Plaintiff, | ORDER RE: IN CAMERA REVIEW OF PERSONNEL FILES |
| v. | |
| JOSE ALFREDO SOUZA, | |
| Defendant. | |

In March, 2006, this court granted defendant's request for the issuance of an indigent subpoena duces tecum for the personnel files of two Watsonville Police Officers. Based on certain representations of defendant's counsel, the court agreed to conduct an in camera review of the files to determine whether they contained information that might be relevant to Souza's defense. The files were submitted to the court on April 12, 2006.

Having conducted a thorough review of the documents, the court has determined that there is no information relevant or discoverable to Mr. Souza's defense. Accordingly, the court declines to order the disclosure of personnel information to defendant and will forthwith return the records to the Watsonville Police Department.

**IT IS SO ORDERED.**

Dated: 5/9/06                                                       /s/ Howard R. Lloyd
                                                                              HOWARD R. LLOYD
                                                                              UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Matthew Shaw Harris        matthew.harris@usdoj.gov

Michelle D. Spencer        michellespencer@lawyer.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  5/9/06

                                           /s/ RNR
                                Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California