Michelle D. Spencer, 164696
Attorney at Law
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Tel: 831-426-9900
Fax: 831-427-0674
Attorney for Jose Alfredo Souza

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/11/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No:   CR05-00285-RMW |
| Plaintiff, | ) | |
| | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME UNDER** |
| | ) | **SPEEDY TRIAL ACT, 18 USC § 3161** |
| | ) | |
| Jose Alfredo Souza, | ) | |
| Defendant. | ) | |
| | ) | |

This matter is scheduled for a status conference on Monday, May 8, 2006 at 9:00 a.m. On March 8, 2006, the defense filed an Ex Parte Application in Support of the Issuance of Rule 17 Subpoenas for Police Officer Personnel Records.   In mid-April the Watsonville Police Department delivered the records to Magistrate Howard R. Lloyd for *in camera* review.   As of May 3, 2006, Magistrate Judge Lloyd's clerk has indicated that the *in camera* review remains in progress and will be complete on approximately May 12, 2006.   It is anticipated that portions of the personnel records may be distributed to counsel for their review.   Based on the continuing *in camera* review and the

U.S. v. Jose Alfredo Souza Stipulation & Order

- 1 -

possibility that counsel will then need time to review certain records, the parties agree that a continuance is necessary.

Plaintiff United States of America, by and through Special Assistant United States Attorney Matthew Harris, and defendant Jose Alfredo Souza, by and through attorney Michelle D. Spencer, hereby agree and stipulate that this matter be continued from May 8, 2006 at 9:00 a.m. to May 22, 2006 at 9:00 a.m.  The parties agree and stipulate that the period of time from May 8, 2006 through and including May 22, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. **§** 3161 et seq .

The parties agree that a continuance is needed for continuity of counsel and effective preparation and investigation.

KEVIN V. RYAN
United States Attorney

Dated: _____

MATTHEW HARRIS
Special Assistant United States Attorney

Dated: _____

MICHELLE D. SPENCER
Attorney for Jose Alfredo Souza

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT that the status conference set for May 8, 2006 be continued to May 22, 2006 at 9:00 a.m.

U.S. v. Jose Alfredo Souza Stipulation & Order

- 2 -

1  IT IS FURTHER ORDERED that the period of time from May 8, 2006 through and including
2  May 22, 2006  be excluded from the period of time within which trial must commence under the
3  Speedy Trial Act, 18 U.S.C. § 3161 et seq. based upon the statutory provision therein, including that
4
5  time is needed for effective defense preparation and investigation.  The Court finds pursuant to Title
6  18, United States Code, Section 3161(h)(8)(A), considering the factor set forth therein, that the
7  interests of justice in granting this continuance outweigh the defendant's and the public's interests in a
8  speedy trial inasmuch as the parties need additional time for continuity of counsel and effective
9
10 preparation and investigation.

11
12      IT IS SO ORDERED.
13
    Date:   5/11/06                              /S/ RONALD M. WHYTE
14  _____
                                              HON. RONALD M. WHYTE
15                                            United States District Judge
16
17
18
19
20
21
22
23
24
25
26      U.S. v. Jose Alfredo Souza Stipulation & Order

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   U.S. v. Jose Alfredo Souza Stipulation & Order